LAW OFFICES OF MICHAEL E. ADAMS
MICHAEL E. ADAMS, ESQ. (SBN: 47278)
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Facsimile        (650) 599-9785

Attorney for Plaintiff LILING XIA


VILLARREAL HUTNER PC
TRACY S. TODD, ESQ. (SBN 172884)
STEPHEN KENNEDY ROBINSON, ESQ. (SBN 217898)
575 Market Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 543-4200
Facsimile: (415) 512-7674

Attorneys for Defendant THE GAP INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LILING XIA,<br><br>           Plaintiff,<br><br>   v.<br><br>THE GAP, INC.<br><br>           Defendant. | Case No.  4:09-CV-02989 (SBA)<br><br>**STIPULATION AND ORDER ALLOWING FIRST AMENDED COMPLAINT TO BE FILED** |

The parties hereto, by and through their respective undersigned counsel, hereby stipulate, subject to approval by this Court, to allow the filing of the First Amended Complaint submitted herewith.

DATED: July 26, 2010                                    DATED: July 26, 2010


/s/ *Michael E. Adams*                                    */s/ Tracy S. Todd*
_____          _____
MICHAEL E. ADAMS                                      TRACY S. TODD
Attorney for Plaintiff                                        Attorney for Plaintiff
LILING XIA                                                      THE GAP INC.

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation and [Proposed] Order Allowing First Amended Complaint to be Filed

1

2 **ORDER**

3     The parties so stipulating and good cause appearing,

4 IT IS HEREBY ORDERED that the First Amended Complaint be filed by Plaintiff **within**

5 **seven (7) days** of the date of this Order.

6 DATED: July 28, 2010

                               HON. SAUNDRA B. ARMSTRONG
7                                UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation and [Proposed] Order Allowing First Amended Complaint to be Filed